**1**

### SUN INDEMNITY CO. OF NEW YORK, Plaintiff in Error, v. SOUTHERN SURETY COMPANY OF DES MOINES, IOWA.

Circuit Court of Appeals, Eighth Circuit.
April 14, 1927.

No. 7695.

In Error to the District Court of the United States for the Southern District of Iowa.

Frank J. Comfort, Harley H. Stipp, Eugene D. Perry, Robert J. Bannister, Vincent Starzinger, and F. A. Little, all of Des Moines, Iowa, for plaintiff in error.

J. L. Parrish and James C. Davis, both of Des Moines, Iowa, for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiff in error and consent of defendant in error.

**2**

### TEXAS COMPANY, Appellant, v. F. E. HERRING.

Circuit Court of Appeals, Eighth Circuit.
September 16, 1927.

No. 7856.

Appeal from the District Court of the United States for the Western District of Oklahoma.

See, also, 19 F.(2d) 56.

John R. Ramsey and B. W. Griffith, both of Tulsa, Okl., for appellant.

George A. Henshaw and A. Carey Hough, both of Oklahoma City, Okl., for appellee.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.

**3**

### UNITED STATES, etc., Appellant, v. Earle BROWN, Sheriff, et al.

Circuit Court of Appeals, Eighth Circuit.
April 19, 1927.

No. 7444.

Appeal from the District Court of the United States for the District of Minnesota.

Russell C. Rosenquest, of Minneapolis, Minn., for the United States.

Gilbert E. Harris, of St. Paul, Minn., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

**4**

### UNITED STATES, Appellant, v. Ed McMahan HARRISON et al.

Circuit Court of Appeals, Eighth Circuit.
March 29, 1927.

No. 7033.

Appeal from the District Court of the United States for the District of Utah.

S. W. Williams and Eustace Smith, of Hutchinson, Kan., for the United States.

Tyson S. Dines, Peter H. Holme, and Harold D. Roberts, all of Denver, Colo., for appellees.

PER CURIAM. Appeal dismissed per stipulation of parties.

**5**

### UNITED STATES, Appellant, v. T. G. RAMSEY, etc., et al.

Circuit Court of Appeals, Eighth Circuit.
May 3, 1927.

No. 7668.

Appeal from the District Court of the United States for the Eastern District of Oklahoma.

Frank Lee, U. S. Atty. and Philos S. Jones, Asst. U. S. Atty., both of Muskogee, Okl.

M. W. McKenzie, of Oklahoma City, Okl., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant.

**6**

### UNITED STATES, Appellant, v. James A. REXROAD.

Circuit Court of Appeals, Eighth Circuit.
September 5, 1927.

No. 7450.

Appeal from the District Court of the United States for the District of Colorado.

George Stephan, U. S. Atty., and Ethelbert Ward, Sp. Asst. U. S. Atty., both of Denver, Colo.

John L. Stivers, of Montrose, Colo., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.